[No. 4844–6–III.   Division Three.   December 29, 1982.]

IOWA BEEF PROCESSORS, INC., *Appellant,* v. THE
DEPARTMENT OF LABOR AND INDUSTRIES,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 75305, James B. Mitchell, J., entered
October 23, 1981. *Affirmed* by unpublished opinion per
Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4641–9–III.   Division Three.   December 29, 1982.]

STANLEY W. MONTANK, *Respondent,* v. GEORGE F.
WOLCOTT, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 78–0763, Warren Chan, J., entered June
10, 1981. *Reversed* and *remanded* by unpublished opinion
per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4647–8–III.   Division Three.   December 29, 1982.]

STANLEY W. MONTANK *Appellant,* v. WILLIAM
A. McCORMICK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 78–0886, Warren Chan, J., entered July 1,
1981. *Affirmed* by unpublished opinion per McInturff, C.J.,
concurred in by Green and Munson, JJ.

[Nos. 4776–8–III; 4777–6–III.   Division Three.   December 29, 1982.]

*In the Matter of the Welfare of* JASEN BAIRD.

*In the Matter of the Welfare of* ADENA BAIRD.

Appeals from judgments of the Superior Court for Walla
Walla County, Nos. 74791, 74792, Yancey Reser, J., entered
August 24, 1981. *Affirmed* by unpublished opinion per
Green, J., concurred in by Roe, A.C.J., and Munson, J.